IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHNNIE RAY FAGANS, JR.,                              CV. 05-1379-MO

        Petitioner,                              ORDER TO DISMISS

  v.

ROBERT SCHEIDLER,

        Respondent.

MOSMAN, District Judge.

    Petitioner's unopposed Motion to Voluntarily Dismiss Without Prejudice (#25) is GRANTED.

    IT IS SO ORDERED.

    DATED this __7th__ day of August, 2006.

                              /s/ Michael W. Mosman
                                Michael W. Mosman
                                United States District Judge

1 - ORDER TO DISMISS